In the Matter of the Application of the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK to Acquire Title to Real Property along Houston Street between Sixth Avenue (Extension) and Elizabeth Street, in the Borough of Manhattan.

CONGRESS RESTAURANT, INC., Appellant; NATHAN GARTEN et al., Respondents.

(Submitted October 18, 1933; decided November 21, 1933.)

*Charles A. Winter* for appellant.

*Alexander Pfeiffer, George Schenker* and *Nathan L. Goldstein* for Nathan Garten, respondent.

*Arthur J. W. Hilly, Corporation Counsel* (*Edwin J. Talley* and *Alfred D. Jahr* of counsel), for The City of New York, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.